HARRY G. ECKERT, Appellant, v. CITY OF NEW YORK, Respondent. IRA E. TERRY, Appellant, v. CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 46.] All concur.

In the Matter of JOHN A. BACOM et al., Respondents, against J. EDWARD CONWAY et al., Constituting the State Civil Service Commission, et al., Appellants, and FRANK GERNERT et al., Interveners, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1027.] Hill, P. J., Bliss, Heffernan and Brewster, JJ., concur; Foster, J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SIRICO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent. — Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 1028.] All concur.

JOHN NEAPOLITAN, Appellant, v. ÆTNA INSURANCE COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. [See 267 App. Div. 1028.] All concur.

In the Matter of EMPLOYERS REINSURANCE CORPORATION, Respondent, against ROBERT E. DINEEN, as Superintendent of Insurance, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 806.] All concur.

In the Matter of ADELAIDE F. CHAPMAN, Petitioner, against ROLLIN BROWNE et al., Constituting the State Tax Commission, Respondents.— Motion for leave to appeal to the Court of Appeals denied. [See *ante*, p. 806.] All concur.

A. AUGUSTUS LOW, Respondent, v. J. WATSON WEBB et al., Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant-Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 104.] Hill, P. J., Bliss, Heffernan and Foster, JJ., concur; Brewster, J., taking no part.

MENKES FEUER, INC., Respondent, v. PEOPLES BANK OF JOHNSTOWN, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. [See *ante*, p. 809.] All concur.

### (September 15, 1944.)

In the Matter of Convention Nominations Certified by the AMERICAN LABOR PARTY. WALTER J. FLANAGAN, Petitioner; THOMAS J. CURRAN, as Secretary of State, Respondent.— Appeal from an order of the Albany Special Term dismissing an application to have the names of presidential nominees of the American Labor Party omitted from the voting machine ballot. Order affirmed, without costs. All concur. [See *post*, p. 836.]

### (September 18, 1944.)

In the Matter of Convention Nominations Certified by the AMERICAN LABOR PARTY. WALTER J. FLANAGAN, Petitioner; THOMAS J. CURRAN, as Secretary of State, Respondent.— Decision of this court, handed down September 15, 1944 [*ante*, p. 836], amended to read as follows: Appeal from an order of the Albany Special Term dismissing an application to have the names of presidential nominees of the American Labor Party omitted from the voting machine ballot. Order affirmed, without costs. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur.